RECEIVED
IN LAKE CHARLES, LA.

DEC - 9 2009

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ARTHUR WILLIAMS<br>FED. REG. #08395-035 | CIVIL ACTION NO. 09-0826 |
| VS. | SECTION P |
| | JUDGE MINALDI |
| WARDEN JOE YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this ___8___ day of _____Dec_____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE